IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNA RUTH WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY F.S. COBB, SPORTZERRY, INC., )<br>and F-52 SPORTS, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 12-2688-RWS |

## CONSENT JUDGMENT

Plaintiff Anna Ruth Williams ("Plaintiff" or "Williams") and Defendants, Timothy F.S. Cobb ("Cobb"), Sportzerry, Inc. ("Sportzerry"), and F-52 Sports, Inc. ("F-52") (collectively "Defendants"), by counsel, hereby stipulate and agree to the entry of this Consent Judgment against Defendants.

1. Defendants stipulate and agreement that they are subject to the jurisdiction of this Court and that venue is proper.

2. Defendants stipulate and agree to the entry of judgment against them, jointly and severally, in the amount of $10,880.00 as damages, plus $10,880.00 as liquidated damages, plus reasonable attorneys' fees and costs in the amount of $ 8,054.50, for a total judgment amount of $29,814.50.

3. Notices by Plaintiff pertaining to this Consent Judgment, as well as any post-judgment discovery or other correspondence related to this action or the Consent Judgment, shall be sent to Defendants at the following address: 361 17th Street, #2024, Atlanta, Georgia 30363.

4. Defendants consent to the entry of this Consent Judgment without further notice.

5.      The parties represent and warrant that their signatories to this Consent Judgment have authority to act for and bind their respective parties.

6.      This Court shall retain jurisdiction of this proceeding for the purpose of carrying out the terms of this Consent Judgment and any party to this Consent Judgment may apply to this Court for such other and further relief as may be necessary to effectuate the terms of this Consent Judgment and Order, upon 14 days written notice to the other party.

SO ORDERED, this **26th** day of **Feb.**, 2013.

_____
United States District Judge

Dated: February 20, 2013

Respectfully submitted,

_s/ Logan B. Winkles_
Logan B. Winkles (Georgia Bar No. 136906)
CANNON, MIHILL & WINLKES, LLC
1355 Peachtree Street, 1570
Atlanta, Georgia 30309
(404) 891-6700 (telephone)
(678) 965-1751
lwinkles@cmw-law.com

Attorneys for Plaintiff
Anna Ruth Williams

*Of Counsel:*

Richard J. Oparil
Kevin M. Bell
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000 (telephone)
roparil@pattonboggs.com
kbell@pattonboggs.com

_s/ Jamerson B. Carroll_
Jameson B. Carroll
CARROLL & WEISS LLP
1819 Peachtree Rd.
Ste. 104
Atlanta, Georgia 30309-1848
(404) 228-5337 (telephone)
(404) 228-5564 (facsimile)
jcarroll@carrollweiss.com

Attorneys for Defendants
Timothy F.S. Cobb, Sportzerry, Inc. and F-52 Sports, Inc.

4812-5030-2994.1.